is **GRANTED.** The issue, as stated by Petitioner, is as follows:

Whether the Pennsylvania Superior Court erred by upholding the decision of the Monroe County Court of Common Pleas denying Petitioner PCRA relief in the form of a nunc pro tunc Superior Court appeal from his trial where it was clearly demonstrated that Petitioner was never given the opportunity to have his appeal heard by such court as the result [of] ineffective representation of prior counsel?

Justice EAKIN did not participate in the decision of this matter.

■

**TAX CLAIM BUREAU OF LEHIGH COUNTY 2013 UPSET TAX SALE.**

**Objectors Noe Gutierrez and Susana Gutierrez.**

**Petition of Susana Gutierrez, Individually and as Administratrix of the Estate of Noe Gutierrez.**

Supreme Court of Pennsylvania.

Dec. 31, 2015.

***ORDER***

PER CURIAM.

**AND NOW,** this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED** and the Application for Leave to File Post–Submission Communication is **DENIED.**

Justice EAKIN did not participate in the decision of this matter.